THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Eddie Moore, Appellant,
 
 
 
 
 

v.

 
 
 
 
 South Carolina Department
 of Corrections, Respondent.
 
 
 
 

Appeal From Administrative Law Court
 Marvin F. Kittrell, Administrative Law Court
Judge

Unpublished Opinion No. 2010-UP-456
 Submitted October 1, 2010  Filed October
20, 2010    

AFFIRMED

 
 
 
 Eddie Moore, pro se, for Appellant
 Christopher D. Florian, of Columbia, for Respondent.
 
 
 

PER CURIAM: Eddie Moore appeals
 the Administrative Law Court's (ALC) summary dismissal of his inmate grievance
 appeal, alleging the ALC erred in determining his allegations did not implicate
 a state-created liberty interest.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority: Slezak v.
 S.C. Dep't of Corrs., 361 S.C. 327, 331, 605 S.E.2d 506, 508 (2004)
 (finding summary dismissal is "appropriate where the inmate's grievance
 does not implicate a state-created liberty or property interest").
 
 AFFIRMED.
SHORT, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR. Because Moore's grievance does not implicate a state-created
 liberty or property interest, we need not reach his remaining arguments.  See Futch
 v. McAllister Towing of Georgetown, Inc., 335 S.C. 598, 613, 518 S.E.2d
 591, 598 (1999) (finding an appellate court need
 not discuss remaining issues when disposition of prior issue is dispositive).